# Third District Court of Appeal

## State of Florida

Opinion filed October 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1723
Lower Tribunal No. 10-53090
_____

**Felix I. Gaspard,**
Appellant,

vs.

**BAC Home Loans Servicing, LP, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Felix I. Gaspard, in proper person.

Liebler, Gonzalez & Portuondo, and Mary J. Walter, for appellees Bank of America, N.A., and Federal National Mortgage Association.

Before FERNANDEZ, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.